Alexander E. Potente (SBN: 208240)
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
E-mail: alexander.potente@clydeco.us

Attorneys for Plaintiffs
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Daniel Rapaport (SBN: 67217)
Thiele R. Dunaway (SBN: 130953)
Wendel Rosen Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607
Telephone: (510) 834-6600
Facsimile: (510) 834-1928
Email: drapaport@wendel.com

Attorneys for Defendant
PREMIER ORGANICS

**IT IS SO ORDERED**

Judge Yvonne Gonzalez Rogers

1/19/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIER ORGANICS, INC., a California corporation,<br><br>Defendant. | Case No. 3:17-cv-00302-YGR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA (collectively referred to as "TRAVELERS"), and Defendant

PREMIER ORGANICS ("PREMIER"), by and through their respective counsel, that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

Dated: January 17, 2018          CLYDE & CO US LLP

                                 By: _____
                                 Alexander E. Potente
                                 Attorneys for Plaintiffs
                                 TRAVELERS INDEMNITY COMPANY OF
                                 CONNECTICUT
                                 TRAVELERS PROPERTY CASUALTY
                                 COMPANY OF AMERICA


Dated: January 17, 2018          WENDEL ROSEN BLACK & DEAN LLP

                                 By: _____
                                 Thiele R. Dunaway
                                 Attorneys for Defendant
                                 PREMIER ORGANICS


### L.R. 5-1 (i) ATTESTATION

In compliance with Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 17, 2018          _____
                                 Alexander E. Potente

---

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

2285181

2

Case No. 3:15-cv-05289-KAW

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 101 Second Street, 24th Floor, San Francisco, CA 94105.

On January 18, 2018, I served true copies of the following document(s) described as **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 18, 2018, at San Francisco, California.

Trish Marwedel